```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

**EGERALD EVERY**                                    CIVIL ACTION

**VERSUS**                                           NO. 12-2390

**N. BURL CAIN and ATTORNEY**                        SECTION:  J
**GENERAL STATE OF LOUISIANA**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Roby, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Egerald Every's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 22nd day of April, 2014.

```
                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE
```